# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00392-02-CR-W-BP |
| | ) | |
| MICHAEL BARRETT CASON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On December 13, 2017, the Grand Jury returned a one-count Indictment charging that between November 15, 2017 and November 18, 2017, the Defendant, Michael Barrett Cason, along with his co-defendant, knowingly transported an individual who had not attained the age of 18 years from Texas to the Western District of Missouri with the intent that the underage individual engage in prostitution.

Co-Defendant, Shelbi Chaddick, pled guilty on July 10, 2019.

The following matters were discussed, and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Teresa A. Moore
    Case Agent: Spc Agt Amy Ramsey
    Defense: Pro Se

**OUTSTANDING MOTIONS**:

| 12/04/2019 | 131 | NOTICE of filing *Government's Notice of Intent to offer Rule 404(b) Evidence* by USA as to Michael Barrett Cason (Moore, Teresa) (Entered: 12/04/2019) |
|---|---|---|
| 12/05/2019 | 132 | NOTICE of filing *Government's Motion in Limine to Preclude Evidence of Victim's Sexual History* by USA as to Michael Barrett Cason (Moore, Teresa) (Entered: 12/05/2019) |

| 12/05/2019 | 133 | NOTICE of filing *Government's Motion In Liminie Regarding Defendant's Potential Use of "Consent" Defense* by USA as to Michael Barrett Cason (Moore, Teresa) (Entered: 12/05/2019) |
|---|---|---|
| 12/05/2019 | 134 | NOTICE of filing *Government's Motion In Limine Regarding Mistake of Age* by USA as to Michael Barrett Cason (Moore, Teresa) (Entered: 12/05/2019) |
| 12/16/2019 | 141 | PRO SE NOTICE of filing Petitioners Timely Objection to Governments Notice of Intent to Offer Evidence of Other Crimes or Bad Acts filed by Michael Barrett Cason. (Attachments: # 1 Envelope)(Melvin, Greg) (Entered: 12/16/2019) |
| 12/17/2019 | 143 | MOTION in limine by USA as to Michael Barrett Cason. Suggestions in opposition/response due by 12/31/2019 unless otherwise directed by the court. (Moore, Teresa) (Entered: 12/17/2019) |

**TRIAL WITNESSES**:
    Government: 0 with stipulations; 9 without stipulations
    Defendant: refused to respond

**TRIAL EXHIBITS:**
    Government: approximately 60 exhibits
    Defendant: refused to respond

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; (　) Possibly for trial; (　) Likely a plea will be worked out

**TRIAL TIME: 2.5-3 days total**
    Government's case including jury selection: 2-2.5 day(s)
    Defendant: refused to answer

**STIPULATIONS**: none

**UNUSUAL QUESTIONS OF LAW:** sovereign immunity

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: Proposed Witness/Exhibit List filed December 13, 2019. **Updated list(s) due on or before December 26, 2019.**
        Defendant: **Due on or before December 26, 2019.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Due on or before Thursday, January 2, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:  Due on or before Thursday,  January 2, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for January 6, 2020.

> **Please note:**  During the hearing, the government advised that they do not have a preference as to which week of the docket it is set. Defendant refused to answer.
>
> After the hearing, Government contacted the Court and advised that they would need the first week of the trial docket as the case agent, Amy Ramsey, learned that another one of her cases requested a speedy trial (U.S. v. Mirza Alihodzic 19-CR-00377-DGK), and is on the same trial docket as Mr. Cason. That matter is going to be placed on the second week of the trial docket.
>
> **IT IS SO ORDERED**

       */s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE